UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
AIRTOURIST HOLDINGS, LLC, JASON CHEN, and EDGAR PARK,

                                             Petitioners,

    -against-

JP MORGAN CHASE NA,

                                             Respondent.
------------------------------------------------------------- X

**ORDER CLOSING CASE**

21 Civ. 7914 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Petitioners instituted this turnover action on September 22, 2021 through a petition seeking funds held in Tan Xiangdong's ("Tan") accounts at Respondent JP Morgan Chase. On November 17, 2021, I held a hearing at which neither Respondent nor Tan appeared. I granted the application for a turnover order and denied Petitioners' request for attorneys' fees. On January 19, 2022 I issued an order in related case No. 21 Civ. 8097 (AKH) directing HSBC, the respondent in that case, to turn over $777,390.44 plus $97.70 for each day from November 18, 2021 until funds were transferred to Petitioners' counsel. *See* 21 Civ. 8097, ECF No. 24. That amount was sufficient to satisfy Petitioners' judgment against Tan. On June 2, 2022 I denied Petitioners' motion to reconsider the denial of the request for attorneys' fees. *See* ECF No. 25.

        At a status conference in related case No. 21 Civ. 7875 on June 3, 2022, Petitioner's counsel represented that the above-captioned case is now resolved. All issues have

now been decided and there is no longer a case or controversy before me.  Accordingly, the case is dismissed and the Clerk shall mark the case closed.

        SO ORDERED.

Dated:      June 3, 2022                       __/s/ Alvin K. Hellerstein____
              New York, New York        ALVIN K. HELLERSTEIN
                                            United States District Judge